In the Matter of MEADOWSWEET DAIRY, LLC, et al., Appellants, v PATRICK HOOKER, as Commissioner of Agriculture and Markets, et al., Respondents.

Decided June 15, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

---

PLAYTIME BOUTIQUE, INC., Appellant, v PHYLLIS FRACCOLA, Respondent. (Action No. 1.)

PLAYTIME BOUTIQUE, INC., Appellant, v PHYLLIS FRACCOLA, Individually and as Sole Shareholder of HYDRANIA, INC., Respondent. (Action No. 2.)

Submitted May 3, 2010; decided June 15, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

In the Matter of PORT OF OSWEGO AUTHORITY et al., Appellants, v PETE GRANNIS, as Commissioner of Environmental Conservation, et al., Respondents.

Submitted April 5, 2010; decided June 15, 2010

Motion by the World Shipping Council for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed, and for leave to file a brief amicus curiae on the appeal herein dismissed as academic.